U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 1 2003
LORETTA G. WHYTE
CLERK

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

Richard Wayne Pittman
(Enter above the full name of the plaintiff in this action.)

CIVIL ACTION
NO. 03-1975
SECTION SECT. F MAG. 3

versus

J.P.C.C./Dr. Williams-
MEME Schultz
Medical Department
(Enter above the full name of the defendant or defendants in this action.)

**COMPLAINT**

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (✓)

— Fee 150.00 pd
— Process
X Dktd
— CtRmDep
— Doc. No.

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

Plaintiffs ______________________

______________________

Defendants ______________________

______________________

2. Court (If federal court, name of the district court; if state court, name the parish.)

______________________

3. Docket Number ______________________

4. Name of judge to whom case was assigned ______________________

______________________

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

______________________

6. Approximate date of filing lawsuit ______________________

7. Approximate date of disposition ______________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

______________________

______________________

______________________

II. Place of Present Confinement: Jefferson Parish Correctional Center

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. 5·12-5·29-6·10-6·12

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

NO

D. If your answer is NO, explain why you have not done so: I have Filed my A.R.P. but have not heard From them In responce to my A.R.P. which Is why I Filed Suit Against this Department.

III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Richard Pittman

Address P.O. Box 388 Gretna, La. 70054

Date of Birth 5·3·67

Prisoner Number 1000229061

Date of Arrest 5·6·03

Date of Conviction have not yet been Convicted

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant J.P.C.C. Med-Department is employed as Over Seer's of All Inmate's at Jefferson Correctional Center

C. Additional Defendants Dr. Williams / Ms/Ms Schultz

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Please See Attacch Fact's to Claim and relieF Sought. Each page have been Resigned At Bottom and dated

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

VI. Plaintiff's Declaration

1) I declare under penalty c- perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in formá pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 7th day of July, 2003.

Richard Pittman
(Signature of Plaintiff)

9/97

1. of 4 pages Richard Pittmen -VS- J.P.C.C. Medical Department, Dr. Williams U.S.E.D.O.L.

Case No._____
Section:_____
Civil Action:

May it Please this Honorable Court;

Now Comes the Plaintiff; Richard Pittmen; Pro'se;. The Plaintiff is Filing this Claim Against the Jefferson Parish Medical Department Under 42 U.S.C. § 1983.

Plaintiff State that he will Lay out All the Fact's below to his Clai[m] Against All Name party's For Malpractice, Violating the Plaintiff Eighth Amendment Right's/14th Amendment Right also.

Juridiction: 1. This Court has juridiction over the Plaintiff's Claim of Violation of Federal Constitutional right's Under 42 U.S.C. § 1331 (A) and 1343.

2. This Court has supplemental Jurisdiction Over the plaintiff's State Law tort Claims Under 28 U.S.C. § 1367.

Fact's: On May 6, 2003. The Plaintiff Came to J.P.C.C. and while in intake Booking he told the nurse of His Heart Condition and the type of Medication He was taking. On the day of his physical he was seen by the Doctor (Dr. Williams), he shared with Him of His heart problem and Mention to Him of the medication he was on at that time, He also told Him of the Hospital He was being treated at For His Condition, this was around the 16th of May-03 Now doing the next Following Week's he was not recieveing his medication, but was told to Fill out a medical Slip by each Nurse that Came by passing out Medication, which He did do, but was never given His medication. So a few day's be Fore Father's day, the Plaintiff begin to suffer with irregular heart beat's due to Him not be'en given his Medication by this Medical staff. So after seeing that he Could not get his medication as ask From the nurse's that Came by, He requested that he go to

the Medical Station because His Heart begin to act-up once again, but this time PlaintiFF begin to Feel pain around his heart like never befor. So doing this time he was sent to the Medical Station where He saw this same Doctor again (Dotor Williams), the Doctor ran a E.K.M. on the PlaintiFF and Could not tell the Plaintiff the result's or Finding's, He Just told the nurse to give the Plaintiff two tylenol's and send Him back up stairs, So while leaveing the office, the PlaintiFF ask this Doctor was he going to Order His Medication, but was given a hand to his Face by this Doctor, In that reguard to Answering the PlaintiFF's Question Concerning Ordering His Medication. The PlaintiFF States that, when sending Him up Stairs His heart was stiFFening and paining. These act's by this Doctor was unpaFessional and unbecoming of a Doctor. PlaintiFF states that because of this Doctors UnproFessionalism he was made to suFFer these pain's, PlaintiFF Is still suFFering with these problem's And do not Know IF or Why these act's are being played out toward Him Intentionally, but He do Know that, without the proper attention he Could Very easyly die. PlaintiFF See's this act as a medical Malpractice done to Him openly and Intentionally by this Doctor Williams. PlaintiFF has done all He Knows to do, when seeKing medical Attintion From this Medical Department here In JeFFerson Correctional Center, PlaintiFF Is still SuFFering because of this act that was done by this Doctor, PlaintiFF Is still having breathing problem's as of this Day of Filling His Claim Into this Honorable Court. He states that He was given/told His medication was to Come today by a Nurse but It did not!

WhereFore; The PlaintiFF Pray's that this Honorable Court allows him the right to show this Honorable Court Why the PlaintiFF In this matter should be Compensated For His pain and SuFFering he was made to Induer by the DeFendant's lack of UnperFessionalism As a Doctor.

Respectfull Submitted;
Pro'se, Richard [signature]
P.O. Box 388 - #1000229061
Gretna, La. 70053

3.

Relief: The PlaintiFF Is Requesting the Court grant the Following Relief:
Award Compensatory damages In the Following Amounts:

1. PlaintiFF Is seeKing $ 999,999.00. dollar's For the Pain and SuFFering he has Induer because of Doctor Williams act's of Malpractice, When Ordering the Nurse to give Him only tylenols And not His proper Medi-Cation, Also For acting unperFessionally by not elaborating to the PlaintiFF of His Finding when seeKin answer's to the E.K.G. test's He pretended to had done.

2. AFter all Is shown, the PlaintiFF also ask that this Doctor Line. be taken away From Him, and that a declaratory Judgment Stating that: This Doctor Is not to practise Medicen In the state of Louisana For A year.

3. Also grant the PlaintiFF such other reLieF as It may appear He Is entitle to by Law and Constitution. Such as punitive damages and soforth.

Respectfully Submitted
Pro'se, Richard [signature]
P.O. Box 388 — #. 1000229061
Gretna, La. 70053

(ORDER)

It is hereby Order; that the PlaintiFF Claim oF Malpractice be Granted this Day__________ and Month__________ 2003 to be Heard beFor this Honorable Court.

______________________

The Honorable Judge